15

Andrew Fischer
P.O. Box 905
Aberdeen, SD 57402-0905
Dec. 7, 2009

Clerk of Court
U.S. Federal Court
225 South Pierre ST,; Room 405
Pierre, SD 57501

**FILED**

DEC 1 5 2009


CLERK

RE:  Civil suit in Federal Court

Dear Deneen,

Thanks for the information and forms you sent for Federal Civil Court. Some things are not too clear to me.

1. The forms leave little room to give a proper explanation. So would it be appropriate if I wrote up the information on a separate sheet of paper and use scotch tape to attach it to the appropriate area of the form? I'll try that. If not acceptable, please return it with explanation and hints for corrections.

2. I want a jury trial. So how would the jury be selected? I don't want a prejudiced jury. Jury must NOT be prejudiced against Vietnam Veterans calling them all "kooks" when only a few actually suffer from battle fatique and shell shock. Jury must Not be prejudiced against men, or try to make them look like kooks or jerks, or try every which way to defame them. Jury must not be prejudicial for the Feminist movement and thus tending to deny a fair hearing. Jury members must NOT be therapists or professional psychologists or medical personnel who may be prejudiced against the victims (my family).

3. How would witnesses be handled, would each one have to subpoened by the court or just contacted by me? What's the procedure here?

4. I did send letters with information to the FBI and the Federal Attorney as you suggested, but no positive response has been heard from them. I believe this should be in Federal Criminal Court: Using someone-else's records to frame another person, denial of proper professional methods, therapist not qualified to be a bona-fide provider, end result divorce and total family destruction and hardship.

5. Aberdeen is prejudiced. Maybe a change of venue, like Pierre?

Sincerely,

Andrew Fischer

family Scammed & Victimized