FILED
JAN 19 2010
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
_____ DIVISION

Andrew Fischer

Plaintiff(s),

vs.

_____

Defendant(s).

Case No. 09-1014
(To be supplied by the Clerk)

**COMPLAINT**

**JURISDICTION**

1. Federal Laws governing Mental Health Professionals, Our Family's right to receive proper treatment from a properly trained professional; Oath of Hypocrates for professional treatment; US Constitution and Civil Rights.

**CLAIM(S)**

2. My wife Shirley had a nervous break-down in Wyoming in April of 1986 and got better under the counseling of psychologist Fred Lindberg. We moved to Bemidji in Aug. 1987
3. and to Aberdeen in 1989. Duane Kavanaugh did a psychological evaluation for the school on daughter Chrissy and told her if he didn't have a client he wouldn't make any
4. money. Then he conned the wife into therapy and kept her angry at me from Aug. 1990
5. to divorce in May 1996, yielding total family destruction. Chrissy and Mark and shirley ill.

**PRAYER FOR RELIEF**

Plaintiff requests the following relief:

1. $500,000.00 for damages to family, failure to cure Shirley (police officer called it SCAM)

2. $2,500,000.00 for excessive pain and suffering for the whole family

Dated this _15_ day of _JANUARY_, 2010

_Andrew Fischer_
(Signature Line)

Andrew Fischer
(Printed Name of Plaintiff), Pro Se

P.O. Box 905
Address

Aberdeen, SD 57402-0905
City/State/Zip Code

1-605-229-0867
Telephone Number

Duane Kavanaugh, MSW, therapist; and the North-Eastern Mental Health Center
703 - 3rd Ave. SE; Aberdeen, SD 57401
Dr. Sanjeevi Giridhar, psychiatrist,
NEMHC 628 Circle Drive, Aberdeen, SD
He prescribed antidepressive medications for Chrissy and Shirley; and they looked doped up and glassy-eyed quite often
Psychologist Mark Hedges dir. of NEMHC (former), 1016 N. Main St.; Aberdeen, SD
Duane Kavanaugh, res. 508 N. 3rd St. Groton, SD 57445
Francine Sippel, therapist, became Chrissy's, therapist when she became clinically depressed, as I did, when Duane Kavanaugh failed to cure her mother of depression.

Defamation of character using the other Andrew Fischer's records and Reputation to "frame" me in front of my wife and children as an alcoholic. This new evidence came to my attention in April 2009, so the time to file should start over and must be filed by April 2011. Medical Mal-Practice intensifying Shirley's illness and causing Chrissy and me to go into clinical depression, angering Shirley rather than curing her and thus destroying our relationships and our home. Chrissy got Francine Sippel as her therapist after she went into depression who angered her at me so she broke my car antenna. They were hired to cure Shirley of depression and to build up our relationships. But they just tore us apart instead. Chrissy and Mark are in dire need, have mental problems and can't support themselves adequately. It was undue agitation and false accusations by the therapists, to anger and scam us.