UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION


FILED
JUN 25 2010
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ANDREW FISCHER,   CIV 09-1014

        Plaintiff,

v.   JUDGMENT OF DISMISSAL

NORTHEASTERN MENTAL HEALTH
CENTER, DUANE KAVANAUGH,
FRANCINE SIPPEL, MARK HEDGES
and DR. SANJEEVI GIRIDHAR,

        Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Court having entered an Order granting Defendants' Motions to Dismiss, it is hereby

ORDERED and ADJUDGED, that judgment is entered in favor of Defendants, Northeastern Mental Health Center, Duane Kavanaugh, Francine Sippel, Mark Hedges and Dr. Sanjeevi Giridhar, and against Plaintiff, Andrew Fischer, on all claims. It is further

ORDERED that Defendants shall recover from Plaintiff their costs of the action in the amount of $_____ to be hereinafter taxed and inserted by the Clerk of this Court.

Dated this 25th day of June, 2010.

        JOSEPH HAAS, Clerk

By: _____
        Deputy Clerk